COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FT. LAUDERDALE

**ADD ON**

| | | | |
|---|---|---|---|
| DEFT: | Dorrel Bryan (J)# | CASE NO: | 00-4006-BSS |
| AUSA: | Roger Stefin *present* | ATTNY: | Paul McKenna (tmp) |
| AGENT: | | VIOL: | Conspiracy to PWID cocaine |
| PROCEEDING: | Initial Appearance | BOND REC: | 150,000 Corp. |

BOND HEARING HELD - (yes)/no    COUNSEL APPOINTED: _____

BOND SET @ $100,000 PSB
            $25,000 - 10% Cash       — ∂ Released —
CO-SIGNATURES: wife                   money must
SPECIAL CONDITIONS: _____             be posted by
                                       tomorrow

1) Do not violate any law.
2) Appear in court as directed. — must surrender passport
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as (directed) /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 11pm → 6am
11) Travel extended to: Dade, Broward & Palm Bch counties
12) Halfway House _____
    Electronic Monitoring _____

Reside at curr address
no illegal drugs
or excessive
alcohol

*advised of charges*

FILED by ___ D.C.
JAN 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | 1-28-00 | 11:00am | BSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. or REMOVAL: | 1-28-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 1-18-00 | TIME: | 11:00am | TAPE # 00-002 PG # 6 |

1536-3520