00-4006-LSS

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 66205-004

UNITED STATES OF AMERICA    )
            Plaintiff      )    Case Number: CR_____
                           )    REPORT COMMENCING CRIMINAL
       -vs-                )    ACTION
                           )
Bryan Daniel              )
         Defendant

FILED by _____ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

*************************************************************

TO: Clerk's Office   MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 1-14-00 _____ am/pm

(2)  Language Spoken: English

(3)  Offense(s) Charged: Poss w/Int Cocaine

(4)  U.S. Citizen  [ ] Yes  [✓] No  [ ] Unknown

(5)  Date of Birth: _____

(6)  Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/Fla

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $100,000 P/S
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 1-18-00    (9) Arresting Officer: _____

(10) Agency: DEA            (11) Phone: _____

(12) Comments: _____