RHS:2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6022 CR-HURLEY**

21 U.S.C. §846

**MAGISTRATE JUDGE VITUNAC**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,

        Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 13, 2000, at Fort Lauderdale, Broward County, in the Southern

District of Florida, and elsewhere, the defendants,

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY,  and
DORREL BRYAN,

1



did knowingly and intentionally combine, conspire, confederate and agree with each other to

possess with intent to distribute and to distribute a Schedule II controlled substance, that is a

mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United

States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 14, 2000, at Fort Lauderdale, Broward County, in the Southern

District of Florida, and elsewhere, the defendants,

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II

controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

Section 2.

2

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          **CASE NO.** _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY\***

                                  **Superseding Case Information:**
CHARLES LLEWLYN, ET AL
**Court Division:** (Select One)   New Defendant(s)       Yes ____   No _X_
                                  Number of New Defendants   ____
____ Miami  ____ Key West         Total number of counts     ____
_X_ FTL  ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No) __Yes_____
      List language and/or dialect ____Creole_____

4.    This case will take __5__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __Yes_____
If yes:
Magistrate Case No. __00-4006-BSS_____
Related Miscellaneous numbers: ___N/A_____
Defendant(s) in federal custody as of __1/14/00_____
Defendant(s) in state custody as of ___N/A
Rule 20 from the    N/A            District of   N/A

Is this a potential death penalty case? (Yes or No) _____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

ROGER H. STEFIN
ASSISTANT U.S. ATTORNEY
FLORIDA BAR NO: 287334

\*Penalty Sheet(s) attached                                    REV. 4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:** **CHARLES LLEWLYN**    **Case No.**_____

Count #: I _____

Conspiracy to distribute cocaine. _____

21 U.S. C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
================================================================

Count #: II _____

Attempted possession of cocaine with intent to distribute. _____

21 U.S. C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
================================================================

Count #: _____

_____

**\*Max. Penalty:** _____
================================================================

Count #: _____

_____

_____

**\*Max. Penalty:** _____
================================================================

Count #: _____

_____

_____

**\*Max. Penalty:** _____
================================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**10/9/98**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: **DOUGLAS McCLOUD**    Case No._____

Count #: I _____

Conspiracy to distribute cocaine. _____

21 U.S. C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
============================================================================
Count #: II _____

Attempted possession of cocaine with intent to distribute. _____

21 U.S. C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
============================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
============================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
============================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
============================================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**10/9/98**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:** **CHRISTOPHER GILBOURNE**       **Case No.**_____

Count #: I _____

Conspiracy to distribute cocaine._____

21 U.S.C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
===================================================================================
Count #: II _____

Attempted possession of cocaine with intent to distribute._____

21 U.S.C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
===================================================================================
Count #:_____

_____

_____

**\*Max. Penalty:**_____
===================================================================================
Count #:_____

_____

_____

**\*Max. Penalty:**_____
===================================================================================
Count #:_____

_____

_____

**\*Max. Penalty:**_____
===================================================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**10/9/98**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:** **EDWARD DANY**          **Case No.**_____

Count #: I _____

Conspiracy to distribute cocaine. _____

21 U.S. C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
===============================================================================
Count #: II _____

Attempted possession of cocaine with intent to distribute. _____

21 U.S.C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
===============================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
===============================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
===============================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
===============================================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**10/9/98**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:** **DORREL BRYAN**          **Case No.**_____

Count #: I _____

Conspiracy to distribute cocaine. _____

21 U.S.C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
===========================================================================
Count #: II _____

Attempted possession of cocaine with intent to distribute. _____

21 U.S.C. §846 _____

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**
===========================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
===========================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
===========================================================================
Count #: _____

_____

_____

**\*Max. Penalty:** _____
===========================================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**10/9/98**