DEFT: Dorrel Byran (B)   CASE NO: 00-6022-CR-Hurley ~~00-4006-LSS~~

AUSA: Roger Stefin *pres*   ATTNY: Paul McKenna *present*

AGENT: ___   VIOL: ___

PROCEEDING: Inquiry re Counsel/ ~~Prelim~~/ Arraignment   BOND REC: ___

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Reading of indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

Stamps: FILED by ___ D.C. JAN 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.
REC'D by ___ D.C. INTAKE JAN 31 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 2-28-00   9:30am   WPB/AEV *email*

DATE: 1-28-00   TIME: 11:00am   TAPE # 00-01   PG #

10-170