

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-Hurley

UNITED STATES OF AMERICA

vs

Dorrel Bryan

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-28-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:        Address: SEE BOND

                  Telephone:

DEFENSE COUNSEL:  Name: Paul McKenna

                  Address:

                  Telephone:

BOND SET/CONTINUED: $ Cont'd on Bond as set

Bond hearing held: yes____ no____ Bond hearing set for____

Dated this 28 day of January, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-011

cc: Clerk for Judge
    U. S. Attorney

