UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and notices his appearance for the Defendant, DORREL BRYAN, in this cause, and requests that copies of any and all pleadings, notices, correspondence, or other matters pertaining to this cause be directed to his office.

Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 348481
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044
Fax:   (305) 285-1235

By: _____
    PAUL A. McKENNA, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of February, 2000 to the U.S. Attorneys Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
PAUL A. McKENNA, ESQ.