# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 2/28/00   TIME: 10:00 AM

DEFT. 2) DORREL BRYan   CASE NO. 00-6022-CR-HURLEY
    (Defendant not needed)

AUSA. ROGER STEFIN   ATTY. PAUL McKENNA

AGENT. _____   VIOL. CONSP/PWID COCAINE
                       21:846

PROCEEDING STATUS RE: DISCOVERY   BOND. _____

DISPOSITION  Transcripts of tapes will be provided.
Estimated trial time - 5 days.

DATE: 2/28/00   TAPE: LRJ-00- 15-142