TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __DORREL BRYAN__

                              CASE NO. __00-6022__ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __February 28, 2000__.

The parties report as follows

____ There are no pending motions for pre-trial determination

_✓_ The following motions are pending before the assigned Magistrate Judge:

*Two discovery motions are pending — filed by a co defendant*

____ The following motions are pending and appropriate for resolution by
the District Court at time of trial:

____ There are no discovery problems.

____ The case is likely to settle by plea.   *It is too early to ascertain whether a plea is likely*

____ The case is ready for trial and not likely to settle by plea.

_✓_ The parties estimate trial will take __5__ days to complete.

_✓_ Other comments:
*The gov't has not produced transcripts of u/c tapes but is in the process of doing that*

                              Respectfully submitted,

                              _____
                              LINNEA R. JOHNSON
                              UNITED STATES MAGISTRATE JUDGE

76

cc: District Judge
U.S. Attorney's Office
Defendant

Case 0:00-cr-06022-DMM   Document 70   Entered on FLSD Docket 02/29/2000   Page 2 of 2