UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant.

_____/

NIGHT BOX
FILED

APR 19 2000

CLERK, USDC / SDFL / WPB

## UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the Defendant, DORREL BRYAN, by and through the undersigned counsel and respectfully moves this Honorable Court for a continuance of the trial presently scheduled for May 1, 2000, and as grounds in support thereof would state as follows:

1.  Undersigned counsel at the discovery conference on April 12, 2000 received several tape-recorded conversations and transcripts which he is in the process of reviewing. Additionally, undersigned counsel is in the process of retaining an expert in order to clarify and enhance an important tape pertaining to the Defendant BRYAN which allegedly occurred in a minivan. Apparently, there are comments being attributed to the Defendant, which apparently are not depicted on the tape, and an expert is going to be retained in order to clarify this ambiguity.

2.  Additionally, undersigned counsel has not yet received all of the discovery pertaining to the informant in this case, including any agreements with the government; a criminal history "rap sheet" of the informant; and a complete



breakdown of the monies paid to the informant by the government (other than a total figure not specifying or itemizing the payments).

3. Additionally, undersigned counsel will be out of the country from April 17, 2000 through Monday, April 24, 2000 on an unrelated federal case pending in Miami.

4. Additionally, undersigned counsel has just recently completed the second of two back to back trials before Judge Dimitrouleas and Judge Graham respectively, and would respectfully request a reasonable period of time to prepare for the instant case.

5. Undersigned counsel has contacted opposing counsel, Assistant United States Attorney Roger Stefin, who has no objection.

WHEREFORE, based upon the foregoing, the Defendant respectfully prays this Honorable Court continue the trial in the above-captioned case.

Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 348481
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044
Fax:    (305) 285-1235

By: _____
        PAUL A. McKENNA, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of April, 2000 to Roger Stefin, Assistant United States Attorney, 500 E. Broward Boulevard, Fort Lauderdale, Florida 33301; Philip

Horowitz, Esq., 12651 S. Dixie Highway, Suite 328, Miami, Florida 33156; David Rowe, Esq., 18800 N.W. 2nd Avenue, Suite 105-A, Miami, Florida 33169; Russell Rosenthal, Esq., 1925 Brickell Avenue, Suite D-207, Miami, Florida 33129; and Arthur Marchetta, Esq, 915 Middle River Drive, Suite 401, Fort Lauderdale, Florida 33304.

PAUL A. McKENNA, ESQ.