
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant.
_____/

## ORDER ~~GRANTING~~ DENYING MOTION FOR CONTINUANCE

THIS CAUSE having come before the Court on the Defendant's Motion for Continuance, and the Court being fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Defendant's Motion for Continuance is ~~granted~~ DENIED.

2. ~~This case is set for trial on the calendar commencing _____ at _____. The calendar call is scheduled for _____ at _____.~~

DONE AND ORDERED at West Palm Beach, Florida this 20st day of April, 2000.

                                            _____
                                            DANIEL T.K. HURLEY
                                            U.S. District Judge

Copies furnished to:
Roger Stefin, AUSA
Paul A. McKenna, Esq.
Phillip Horowitz, Esq.
Arthur Marchetta, Esq.
Russell Roshental, Esq.
David P. Rowe, Esq.

