UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant.

_____/

## DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

1. Have you ever applied for a job in law enforcement?

2. Have you ever considered becoming a law enforcement officer?

3. What newspapers and periodicals do you subscribe to or enjoy reading?

4. What clubs and organizations are you a member of?

5. Have you held any office in any local organization?

6. What is your favorite television show?

7. What is your favorite movie?

8. Do you speak a foreign language? If so, which?

9. Are you a member of Crime Watch or a similar organization?

10. Have you ever been an informer or cooperating individual for any law enforcement agency?

11. Have you ever furnished information to law enforcement about what you suspected to be narcotics activity?



12. In your employment, have you ever been the victim of race or sex discrimination?

13. Are you, or anyone close to you, a member of Alcoholics Anonymous, or Narcotics Anonymous, or any other group which helps persons with drug or alcohol dependencies?

14. The following question is very personal, and I will ask only for a show of hands. I will not ask for any details. Have you, or anyone close to you, ever had a problem with narcotics or so-called "illegal" drugs? Please raise your hands.

15. Have you ever participated in any drug abuse prevention or education programs, workshops or classes?

If yes, explain.

16. Do any of you blame drugs for harming the lives of any of your relatives or friends?

Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 348481
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044
Fax:    (305) 285-1235

By: _____
   PAUL A. McKENNA, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 8th day of May, 2000 to Roger Stefin, Assistant United States

Attorney, 500 E. Broward Boulevard, Fort Lauderdale, Florida 33301; David Rowe, Esq., 18800 N.W. 2nd Avenue, Suite 105-A, Miami, Florida 33169; and Arthur Marchetta, Esq, 915 Middle River Drive, Suite 401, Fort Lauderdale, Florida 33304.

                         _____
                         PAUL A. McKENNA, ESQ.