FILED by _HCBC._

MAY 15 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES

*00-6022-cr-Middlebrooks*

HONORABLE **DONALD M. MIDDLEBROOKS**, Presiding

Date *5/15/00*

Cont'd from *5/11/00*

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. | |

AUSA **Roger Stefin, Esq.**

Deputy Clerk **Joyce Walden**        Reporter **Roger Watford**

TRIAL:    JURY **xx**

VOIR DIRE BEGINS __    JURY SELECTION CONTD.__    JURY IMPANELED __

JURY TRIAL BEGINS____    JURY TRIAL HELD *✓*  CONTINUED TO *5/16/00 @*
*930 AM*

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

SENTENCING SET FOR ___/___/___ AT _____

JURORS

1._____    5._____    9._____

2._____    6._____    10._____

3._____    7._____    11._____

