```
                FILED by _____ D.C.
                                        UNITED STATES DISTRICT COURT
                  MAY 17 2000           SOUTHERN DISTRICT OF FLORIDA
                CLARENCE MADDOX
                CLERK U.S. DIST. CT.    CRIMINAL TRIAL MINUTES    00-6022-CR-
                S.D. OF FLA. - MIAMI                              MIDDLEbrooks
```

HONORABLE **DONALD M. MIDDLEBROOKS**, Presiding

Date **05/17/00**

Cont'd from **05/16/00**

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. _____ | _____ |

AUSA **Roger Stefin, Esq.**

Deputy Clerk **Joyce Walden**     Reporter **Roger Watford**

TRIAL:  JURY **xx**

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ____  JURY TRIAL HELD ✓  CONTINUED TO ___/___/___

*Closing arguments made / deliberations commenced*

MISTRIAL DECLARED __   NEW TRIAL ORDERED __   TRIAL ENDS ✓

*See verdict forms*

SENTENCING SET FOR ___/___/___ AT _____

JURORS

1. _____   5. _____   9. _____
2. _____   6. _____   10. _____
3. MAY 19 2000  7. _____   11. _____

Rec'd in MIA Dkt _____

105/wc