00-6022-cr-Middlebrooks
USA v. Gilbourne, et al.
Jury Notes

FILED by ___ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

5-15-00

From: Marcela Roggenburg

To: Judge Brooks

As you informed us last Thu. 5-11-00, this case will finish on Wed 5-17 earlier wed. I postponed a business trip to Wed evening, after court.

My department, Operations, of Quaker Oats Co. has a seminar/workshop in Naples, starting Wed afternoon 5-17 until Friday 5-19.

Please, I need to be sure if this case will end on Wed 5-17 to advise my office about my participation in this workshop.

If you have further question you can call Dante Rodriguez, Logistics Manager at Quaker Oats in Boca 561-361-3304

Thanks
Marcel

MAY 1
Rec'd in MIA Dkt

MAY 1 9 2000
Rec'd in MIA Dkt ___