00-6022-CR-MiDDlebrooks
USA V. GILBOURNE, ET AL.
Jury Notes

FILED by _____ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

MAY we pleAce See
The Large CHArT wiTH BreakDown
oF ParTicipanTs
+ TApe Recorder.

11:40
Laurence Brody
5/17/00 — LAuRence BroDy

MAY 1 9 2000

Rec'd in MIA Dkt _____

The large chart with the breakdown of participants is used as an aid in argument but is not in evidence and I cannot provide it to you.

Don Mallebranke