00-6022-CR-MIDDLEBROOKS
USA v. GILBOURNE, ET AL.
Jury Notes

FILED by J.W. D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

We have a verdict
5/17 3:30pm

*Lawrence [signature]*

MAY 19 2000
Rec'd
Rec'd in MIA Dkt _____