UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-~~HURLEY~~ Middlebrooks

UNITED STATES OF AMERICA,

vs.

DORREL BRYAN,

        Defendant.
_____/

FILED by _____ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### VERDICT FORM

We the Jury, find the Defendant, DORREL BRYAN, as to Count I of the Indictment;

_____ NOT GUILTY    ___/___ GUILTY;

as to Count II of the Indictment:

___/___ NOT GUILTY    _____ GUILTY.

SO SAY WE ALL.

5/17/00  3:25 P.M
Date/Time

_Lawrence Bry_
FOREPERSON (SIGN)

LAURENCE PROLY
FOREPERSON (PRINT)

MAY 19 2000

Rec'd in MIA Dkt _____

