UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6022-CR-~~HURLEY~~ **Middlebrooks**

UNITED STATES OF AMERICA

vs

MOTION FOR DISBURSEMENT OF BOND

DORREL BRYAN
_____/

    Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by _____Betty Bryan_____ in the amount of $ 2,500.00 plus any accrued interest be refunded to:
Paul A. McKenna, Esq., 2666 Tigertail Ave., #104, Coconut Grove, FL 33133
(Payee and Mailing address for check)

    The beneficiary's social security or tax identification number is as follows:

Paul A. McKenna, Esq.
McKenna & Obront
_____
(Name of Beneficiary)

2666 Tigertail Avenue, Suite 104
_____
(Address for mailing of Form 1099)

Coconut Grove, Florida 33133
_____
(City)         (State)       (Zip)

65-0178160
_____
(SS or Tax Identification)

_____
(Petitioner or Attorney)

Consented to by:
_____, Assistant U. S. Attorney

O R D E R

    In consideration of the foregoing motion, it is thereupon
    ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.
    DONE AND ORDERED at _West Palm_, Florida, this _17th_ day of _May_, 19 00.

_____
U.S. DISTRICT JUDGE

cc: U. S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk



ASSIGNMENT OF BOND PROCEEDS
UNITED STATES OF AMERICA
VS. DORREL BRYAN
CASE NO. 00-6022-CR-MIDDLEBROOKS

COMES NOW, Betty Bryan, and hereby assigns the bond proceeds with respect to the above-captioned case to the Law Offices of McKenna and Obront.

The cash posted with the Clerk of the Court ($2,500.00) with accrued interest, should be released to the Law Offices of McKenna and Obront whose address is 2666 Tigertail Avenue, Suite 104, Coconut Grove, Florida 33133.

BETTY BRYAN

SWORN TO AND SUBSCRIBED before me this 25 day of May, 2000, by Betty Bryan.

NOTARY PUBLIC

Personally known ✓ OR produced Identification _____
Type of Identification Produced _____.



BARBARA JOYCE
MY COMMISSION # CC 630847
EXPIRES May 13, 2001
Bonded Thru Notary Public Underwriters