UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6022-CR-MIDDLEBROOKS

FILED by _____ D.C.
DKTG
JUN 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
    Plaintiff(s),

-vs-
CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,
    Defendant(s).
_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐   Guns, jewelry, currency, drugs, explosives
    Item Nos.

☐   Oversize records (larger than 10"x12"x15")
    Item Nos.

☐   Stored by Records Section in Miami

Signature: _____

Print Name: TFO James Barnick

Agency or Firm: DEA/FLDO/TF-1

Address: 1475 W Cypress Creek Rd. Ft Laud, Fl 33309

Telephone: (954) 487-1815

Date: 6/6/00

Exhibits released by: _____
            Courtroom Deputy Clerk

☒   Attachments

## EXHIBIT LIST
## CASE NO. 00-6022-CR-MIDDLEBROOKS

**EXHIBIT #:**

| | |
|---|---|
| 2. | Black duffel bag |
| 3A-3H | Photographs |
| 4A-4B | Photographs of cashier checks |
| 5. | North Carolina driver's license |
| 6. | Hotel receipt |
| 7. | North Carolina vehicle registration |
| 8. | Cassette tape |
| 8A. | Transcript |
| 9. | Cassette tape |
| 9A. | Transcript |
| 10. | Cassette tape |
| 10A. | Transcript |
| 11. | Cassette tape |
| 11A. | Transcript |
| 12. | Cassette tape |
| 12A. | Transcript |
| 13. | Cassette tape |
| 13A. | Transcript |

