UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

DORREL BRYAN,

    Defendant.
_____/

FILED by _____ D.C.

JUL 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF RECEIPT OF CORRESPONDENCE

PLEASE TAKE NOTICE that the Court received the attached correspondence from the above-named defendant requesting a retrial. However, the Court does not accept *ex parte* communications. Pursuant to the Court's directions, a copy of defendant's letter, dated July 13, 2000, is being forwarded to counsel. Counsel is requested to discuss this matter with the defendant and take whatever action counsel deems appropriate.

DATED: July 19, 2000

                      CLARENCE MADDOX
                      COURT ADMINISTRATOR • CLERK OF COURT

        by: _____
                      Joyce L. Walden
                      Courtroom Deputy Clerk

cc:    Paul McKenna, Esq.
       Dorrel Bryan, defendant



Palm Beach County Jail
P.O. Box 24716
West Palm Beach fla 33416

Dear Honorable Judge Medowbrook
  My name is Dorrel Bryan presently an inmate at the palm beach detention center with case no. 006022CF before you. Sir I am writing you this letter to draw your attention to certain concerns of mine. Although I had a trial in your court between may 9th - may 15th 2000 and was found guilty by the jury, I will like to seek a retrial due to the following
(i) ineffectiveness of Counsel.
(ii) insufficient Evidence.
  Your Honor, I will be more than greatful if the above issue can be addressed by the court. thanks in anticipation
Sincerely.
Dorrel Bryan
7/13/00