UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant.

_____/



## MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

COMES NOW the undersigned counsel and respectfully requests that this Court enter an order allowing the undersigned counsel to withdraw as counsel of record, and as grounds therefore would state as follows:

1. Undersigned counsel heretofore appeared as counsel for the Defendant, DORREL BRYAN. The Defendant was convicted at a trial presided over by this court in May this year. The sentencing is scheduled for September 6, 2000.

2. Irreconcilable differences have arisen between the Defendant, DORREL BRYAN, and undersigned counsel which preclude continued representation.

3. Undersigned counsel has tried to reach Assistant United States Attorney Roger Stefin, and was unable to get an answer regarding his position to this motion.

4. The irreconcilable differences are based upon the Defendant's claims of ineffective assistance of counsel which he has expressed to undersigned counsel personally, and has filed documents related thereto with this court.

WHEREFORE, Paul A. McKenna moves this Court for an order granting him leave to withdraw as counsel for the Defendant, DORREL BRYAN.



Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 348481
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044
Fax:   (305) 285-1235

By: _____
PAUL A. McKENNA, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 1st day of August, 2000 to Roger Stefin, Assistant United States Attorney, 500 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
PAUL A. McKENNA, ESQ.