UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant(s).
_____/



FILED by _____ D.C.
AUG 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE

Upon consideration, the undersigned United States District Judge hereby refers the Defendant's Motion to Withdraw as Counsel for the Defendant to the Honorable Linnea R. Johnson, Chief United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE AND ORDERED at Miami, Florida, this 3rd day of August, 2000.

    DONALD M. MIDDLEBROOKS
    UNITED STATES DISTRICT JUDGE

cc:    Honorable Linnea R. Johnson
       Paul McKenna, Esq.
       Roger Stefin, AUSA
       Dorrel Bryan, defendant