## COURT MINUTES

U.S. MAGISTRATE JUDGE <u>LINNEA R. JOHNSON</u>   DATE: <u>8/9/00</u>   TIME: <u>10:00 AM</u>

DEFT. <u>DORREL BRYAN (J)#60205-004</u>   CASE NO. <u>00-6022-CR-MIDDLEBROOKS</u>

AUSA. <u>ROGER STEFIN</u>   ATTY. <u>PAUL McKENNA - NOT PRESENT</u>

AGENT. _____   VIOL. <u>CONSP/PWID CONTROLLED SUBS 21:841(a)(1), 846</u>

PROCEEDING <u>INQUIRY RE: COUNSEL</u>   BOND. _____

DISPOSITION <u>Sentencing set 9/6/00</u>

Defendant sworn; CJA counsel James Benjamin is hereby appointed. Paul McKenna is relieved as counsel of record.

DATE: 8/9/00   TAPE: LRJ-00- 69- 578