UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on August 9, 2000 pursuant to an Order of Reference by the Honorable Donald M. Middlebooks regarding Defendant's Motion to Withdraw as Counsel. The Court having questioned the Defendant, under oath, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby GRANTED. Paul McKenna is hereby relieved as counsel of record. It is further

ORDERED AND ADJUDGED that James Benjamin, Esq. is hereby APPOINTED as counsel of record under the Criminal Justice Act.

DONE AND ORDERED at West Palm Beach, Florida, this 9th day of August, 2000.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Rec'd in MIA Dkt 8/14

Copies provided to:

Honorable Donald M. Middlebrooks
Roger Stefin, AUSA
Paul McKenna, Esq.
James Benjamin, Esq.
U.S. Pretrial Services
U.S. Probation