UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**UNITED STATES OF AMERICA,**

       Plaintiff,

Case No: 00-6022-CR-Middlebrooks

vs.

**DORREL BRYAN,**

       Defendant.
_____/

## MOTION TO CONTINUE SENTENCING DATE OF SEPTEMBER 6, 2000

**COMES NOW**, the Defendant, **DORREL BRYAN**, by and through the undersigned CJA appointed counsel, James S. Benjamin, Esq. and files this Motion to Continue Sentencing Date of September 6, 2000, and as grounds therefore states the following:

1. This Court appointed the undersigned counsel as CJA counsel on August 9, 2000.

2. That on August 21, 2000 undersigned counsel received the Pre-Sentence Investigative Report from the Defendant's previous attorney, Paul McKenna.

3. That undersigned counsel will be out of town from August 29, 2000 through August 31, 2000.

4. That the Defendant is being held in West Palm Beach and undersigned counsel's practice is in Fort Lauderdale and to travel the distance and find time conducive to undersigned counsel's calendar to review the Pre-Sentence Investigation with the Defendant has been futile.

5. That undersigned counsel cannot adequately prepare for the Defendant's sentencing without the extra time to properly review and respond to the Pre-Sentence Investigative Report with the Defendant.



6. That Assistant United States Attorney Roger Steffin has no objection to continuance.

**WHEREFORE**, the undersigned counsel is requesting this Honorable Court foregoing Motion to Continue the Sentencing.

Respectfully submitted,

JAMES S. BENJAMIN, ESQ.
fbn: 293245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by U.S. mail to Assistant U.S. Attorney, Roger Steffin, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33301 on this 28th day of August, 2000.

JAMES S. BENJAMIN, ESQ.
FBN: 293245
C.J.A. Attorney for Dorrel Bryan
One Financial Plaza; Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700
(954) 779-1771 (fax)