IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

**UNITED STATES OF AMERICA,**

        Plaintiff,

CASE NO: 00-6022-CR-MIDDLEBROOKS

vs.

**DORREL BRYAN,**

        Defendant.
_____/

FILED by _____ D.C.

SEP 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER**

**THIS CAUSE,** having come before this Honorable Court on the Motion to Continue the Sentencing Date of September 6, 2000 and after being fully advised in the premises it is hereby;

**ORDERED AND ADJUDGED** that the Motion to Continue the Sentencing Date is hereby _October 2, 2000 AT 4:30pm in Miami, Florida_

**DONE AND ORDERED** in Chambers in Miami, Dade County, Florida this 1st day of Sept (August), 2000.

JUDGE DONALD M. MIDDLEBROOKS
U.S. District Court

copies to:
James S. Benjamin, Esq.
Roger Stefin, AUSA

