UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.

**DORREL BRYAN,**

      Defendant.

_____/

Case No: 00-6022-CR-Middlebrooks

## UNOPPOSED AND AGREED MOTION TO CONTINUE SENTENCING DATE OF OCTOBER 2, 2000

**COMES NOW**, the Defendant, **DORREL BRYAN,** by and through the undersigned CJA appointed counsel, James S. Benjamin, Esq. and files this Unopposed and Agreed Motion to Continue Sentencing Date of October 2, 2000, and as grounds therefore states the following:

1. That undersigned counsel is counsel of record for about twenty-one entertainers and patrons who were arrested in an adult entertainment establishments in the City of Tampa, Florida. Those cases are related to approximately one hundred other cases alleging violations of the adult entertainment ordinance of the City of Tampa that are related cases.

2. That several of the county court judges in Hillsboro County have previously scheduled an en banc hearing where all of the lawyers representing the various one hundred and twenty defendants will be arguing seven separate motions in Hillsboro County on the date of October 2, 2000.

3. That it is vital for undersigned counsel to be a part of those previously scheduled hearings on that same date as the sentencing which this court just rescheduled for the same date as those hearings.

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1.A4



4. That Assistant United States Attorney Roger Steffin has no objection to this continuance.

**WHEREFORE**, the undersigned counsel is requesting this Honorable Court grant this foregoing Unopposed and Agreed Motion to Continue the Sentencing.

Respectfully submitted,

JAMES S. BENJAMIN, ESQ.
fbn: 293245

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by U.S. mail to Assistant U.S. Attorney, Roger Steffin, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33301 on this 15th day of September, 2000.

JAMES S. BENJAMIN, ESQ.
FBN: 293245
C.J.A. Attorney for Dorrel Bryan
One Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700
(954) 779-1771 (fax)