IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

**UNITED STATES OF AMERICA,**

CASE NO: 00-6022-CR-MIDDLEBROOKS

Plaintiff,

vs.

**DORREL BRYAN,**

Defendant.

_____/


FILED by _____ D.C.
SEP 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS CAUSE,** having come before this Honorable Court on the Motion to Continue the Sentencing Date of October 2, 2000 and after being fully advised in the premises it is hereby;

**ORDERED AND ADJUDGED** that the Motion to Continue the Sentencing Date is hereby _Granted. The sentencing hearing is rescheduled for October 26, 2000 at 4:30 pm in Miami, Florida._

**DONE AND ORDERED** in Chambers in Miami, Dade County, Florida this 25th day of September, 2000.

_____
JUDGE DONALD M. MIDDLEBROOKS
U.S. District Court

copies to:
James S. Benjamin, Esq.
Roger Stefin, AUSA

