UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

Case No: 00-6022-CR-Middlebrooks

vs.

**DORREL BRYAN,**

      Defendant.

_____/

## EMERGENCY MOTION TO CONTINUE SENTENCING

**COMES NOW,** the Defendant, **DORREL BRYAN,** by and through the undersigned CJA appointed counsel, James S. Benjamin, Esq. and files this Emergency Motion to Continue Sentencing presently set for Thursday, October 26, 2000 at 4:30 p.m. and as grounds therefore states the following:

1. That undersigned counsel has filed simultaneously this Motion and a Motion to have the Defendant examined on the issue of competency.

2. That undersigned counsel, due to the question of the Defendant's competency does not believe that he can go forward with the sentencing at this time.

3. That although undersigned counsel has prepared objections and addendum to the Pre-Sentience Investigation report, undersigned counsel believes that the question of the Defendant's competency must be answered before said objections are filed and the Defendant is truly prepared for the issues to be presented at the time of sentencing.

4. Undersigned counsel has explained to the Government through Assistant United States Attorney Roger Steffin that these Motions are being filed with the Court



WHEREFORE, the undersigned counsel is requesting this Honorable Court Postpone the Sentencing until the issue of competency can be determined.

Respectfully submitted,

_____
JAMES S. BENJAMIN, ESQ.
fbn: 293245

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. mail to Assistant U.S. Attorney, Roger Steffin, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33301 on this 24 day of October, 2000.

_____
JAMES S. BENJAMIN, ESQ.
FBN: 293245
C.J.A. Attorney for Dorrel Bryan
One Financial Plaza; Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700
(954) 779-1771 (fax)