UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**UNITED STATES OF AMERICA,**

                Plaintiff,

vs

**DORREL BRYAN,**

                Defendant.

_____/

Case No: 00-6022-CR-Middlebrooks

## MOTION TO DETERMINE COMPETENCY OF DEFENDANT

**COMES NOW,** the Defendant, **DORREL BRYAN,** by and through the undersigned CJA appointed counsel, James S. Benjamin, Esq. and moves this Honorable Court to determine the competency of the defendant and as grounds therefore states the following:

1. That Title 18 Section 4241(a) allows at any time after the commencement of prosecution for an offense and *prior to the sentencing* of the Defendant, a motion for a hearing to determine the mental capacity of the Defendant may be filed.

2. The same section mandates that a court should grant the motion if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist him properly in his defense.

3. That without violating any attorney client privilege between undersigned counsel and the Defendant, undersigned counsel asserts that there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the



proceedings against him or to assist properly in his defense. That the Defendant's wife, the closest person to him, has shared with undersigned counsel that she does not believe that the Defendant understands the proceedings against him nor the explanations and advice and assistance that undersigned counsel has rendered to him in his defense.

4. That pursuant to this Motion and Title 18 Section 4241 (b) the undersigned counsel moves this Honorable Court to appoint a psychologist or psychiatrist to examine the Defendant and file with the Court a report of said experts findings. Pursuant to the criteria said in Title 18 Section 4247 (b) and (c).

5. Undersigned counsel would then request this Honorable Court hold a hearing pursuant to Title 18 Section 4247(d) on the issue of the Defendants competency.

**WHEREFORE**, the undersigned counsel is requesting this Honorable Court grant the relief sought above.

Respectfully submitted,

JAMES S. BENJAMIN, ESQ.
fbn: 293245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by U.S. mail to Assistant U.S. Attorney, Roger Steffin, 500 E. Broward Blvd., 7th Floor, Fort

Lauderdale, FL 33301 on this 24 day of October, 2000.

JAMES S. BENJAMIN, ESQ.
FBN: 293245
C.J.A. Attorney for Dorrel Bryan
One Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700
(954) 779-1771 (fax)