UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORREL BRYAN,

    Defendant.
_____/



FILED by _____ D.C.
OCT 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER DENYING MOTION TO CONTINUE SENTENCING
### and MOTION TO DETERMINE COMPETENCY OF DEFENDANT

THIS MATTER having come before the Court upon the Defendant DORREL BRYAN's Emergency Motion to Continue Sentencing and Motion to Determine Competency of Defendant, each filed October 25, 2000, the Court having reviewed said motions and the arguments presented therein and the Court being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Defendant DORREL BRYAN's Motion to Continue Sentencing and Motion to Determine Competency of Defendant are each hereby DENIED.

DONE AND ORDERED, in Miami, Florida, this 25 day of October, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

c:    Roger Stefin, AUSA
      James S. Benjamin, Esq.
      U.S. Marshals Service
      U.S. Probation Office

