SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by /MB D.C.
OCT 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-6022-CR-Middlebrooks

DEFENDANT Dorrel Bryan         JUDGE Donald M. Middlebrooks

Deputy Clerk M. Beck           DATE October 26, 2000

Court Reporter R. Watford      USPO K. Gonzalez

AUSA Roger Stefin              Deft's Counsel James S. Benjamin

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 87 | One |
| | | | |
| | | | |

| Supervised Release Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | One |

COUNTS DISMISSED _____

Comments/Spec Conds: SCSR - surrender to INS for deportation proceedings
non-rept if deported
not to re-enter w/o perm of AG.
part in drug/alc. abuse as dir by USPO

Assessment $ 100.00    Fine $ No Fine Imposed    Restitution/Other N/A

### CUSTODY

_X_ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: inst w/ drug programs

