FILING FEE PAID No
In Forma Pauperis No

NIGHT BOX FILED
NOV -6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No: 00-6022-CR-Middlebrooks

DORREL BRYAN,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant/Appellant, DORRELL BRYAN, appeals to the United States Court of Appeals for the Eleventh Circuit, the Judgement and Sentence imposed upon him on October 26, 2000 by the United States District Judge Donald M. Middlebrooks.

I HEREBY CERTIFY that a true and correct copy of this Notice of Appeal was mailed to Assistant U.S. Attorney, 99 Northeast 4th Street, Miami, Florida 33128 on this 2nd day of November, 2000.

Respectfully submitted.

_____
JAMES S. BENJAMIN, ESQ.
FBN 293245
C.J.A. Attorney for Dorrel Bryan
One Financial Plaza; Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700
(954) 779-1771 (fax)



REC'D by _____ D.C.
APPEAL
NOV. 7, 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI