1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                      NORTHERN DIVISION

 3                        -

 4   UNITED STATES OF AMERICA    )   CASE NO. 00-6022-CR-DM
                                 )   Miami, Florida
 5                               )   October 26, 2000
                                 )   5:10 o'clock, p.m.
 6          vs.                  )
                                 )   Pages 1 to 49
 7                               )
                                 )
 8   DORREL BRYAN,               )
                                 )
 9             Defendant.        )
     _____)

10

11
                TRANSCRIPT OF SENTENCING HEARING
12         BEFORE THE HONORABLE DONALD MIDDLEBROOKS,
                UNITED STATES DISTRICT JUDGE
13

14
     APPEARANCES:
15
     For The Government:    Roger H. Stefin, Esq.
16                          Assistant U.S. Attorney
                            Fort Lauderdale, Florida
17

18   For The Defendant:     James S. Benjamin, Esq.
                            Attorney-At-Law
19                          Fort Lauderdale, Florida

20
     Court Reporter:        Roger Watford, RPR/CM.
21                          Official Court Reporter
                            Miami, Florida
22

23

24

25
```

FILED by APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

