1

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
                    WEST PALM BEACH DIVISION
```

FILED by _____ D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 00-6022-CR-HURLEY |
| | ) | (Middlebrooks) |
| | ) | |
| | ) | West Palm Beach, Florida |
| | ) | May 11, 2000 |
| vs. | ) | 9:30 a.m. |
| | ) | |
| | ) | Page 1 - 304 |
| CHRISTOPHER GILBOURNE, | ) | |
| EDWARD DANY, and | ) | |
| DORREL BRYAN, | ) | |
| | ) | |
| Defendants. | ) | |

VOLUME 1

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For The Government:        Roger H. Stefin, Esq.
                           Assistant U.S. Attorney
                           Miami, Florida

For Defendant
Gilbourne:                 David Rowe, Esq.
                           Attorney-At-Law
                           Miami, Florida

For Defendant Dany:        Arthur Marchetta, Esq.
                           Attorney-At-Law
                           Fort Lauderdale, Florida

For Defendant Bryan:       Paul McKenna, Esq.
                           Attorney-At-Law
                           Miami, Florida

Court Reporter:            Roger Watford, RPR/CM
                           Official Court Reporter
                           Miami, Florida