```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA
                 WEST PALM BEACH DIVISION
```

FILED by 305 D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA     )   CASE NO. 00-6022-CR-HURLEY
                             )   West Palm Beach, Florida
                             )   May 15, 2000
           vs.               )   9:30 a.m.
                             )
                             )   Page 305 - 520
CHRISTOPHER GILBOURNE,       )
EDWARD DANY, and             )
DORREL BRYAN,                )
                             )
           Defendants.       )
_____)

## VOLUME 2

### TRANSCRIPT OF TRIAL
### BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
### UNITED STATES DISTRICT JUDGE

**APPEARANCES:**

| | |
|---|---|
| For The Government: | Roger H. Stefin, Esq.<br>Assistant U.S. Attorney<br>Miami, Florida |
| For Defendant Gilbourne: | David Rowe, Esq.<br>Attorney-At-Law<br>Miami, Florida |
| For Defendant Dany: | Arthur Marchetta, Esq.<br>Attorney-At-Law<br>Fort Lauderdale, Florida |
| For Defendant Bryan: | Paul McKenna, Esq.<br>Attorney-At-Law<br>Miami, Florida |
| Court Reporter: | Roger Watford, RPR/CM<br>Official Court Reporter<br>Miami, Florida |