522

FILED by _____ D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
                 WEST PALM BEACH DIVISION


UNITED STATES OF AMERICA  )   CASE NO. 00-6022-CR-HURLEY
                          )   West Palm Beach, Florida
                          )   May 16, 2000
            vs.           )   9:30 a.m.
                          )
                          )   Page 521 - 795
CHRISTOPHER GILBOURNE,    )
EDWARD DANY, and          )
DORREL BRYAN,             )
                          )
            Defendants.   )
_____)

                         VOLUME 3

                   TRANSCRIPT OF TRIAL
         BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For The Government:          Roger H. Stefin, Esq.
                             Assistant U.S. Attorney
                             Miami, Florida

For Defendant
Gilbourne:                   David Rowe, Esq.
                             Attorney-At-Law
                             Miami, Florida

For Defendant Dany:          Arthur Marchetta, Esq.
                             Attorney-At-Law
                             Fort Lauderdale, Florida

For Defendant Bryan:         Paul McKenna, Esq.
                             Attorney-At-Law
                             Miami, Florida

Court Reporter:              Roger Watford, RPR/CM
                             Official Court Reporter
                             Miami, Florida
```