```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
                        WEST PALM BEACH DIVISION
```

FILED by _____ D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 00-6022-CR-HURLEY (DMM) |
| | ) | West Palm Beach, Florida |
| vs. | ) | May 17, 2000 |
| | ) | 9:00 a.m. |
| | ) | Page 796 - 940 |
| CHRISTOPHER GILBOURNE, EDWARD DANY, and DORREL BRYAN, | ) ) ) | |
| Defendants. | ) | |

VOLUME 4

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For The Government: | Roger H. Stefin, Esq.<br>Assistant U.S. Attorney<br>Miami, Florida |
| For Defendant Gilbourne: | David Rowe, Esq.<br>Attorney-At-Law<br>Miami, Florida |
| For Defendant Dany: | Arthur Marchetta, Esq.<br>Attorney-At-Law<br>Fort Lauderdale, Florida |
| For Defendant Bryan: | Paul McKenna, Esq.<br>Attorney-At-Law<br>Miami, Florida |
| Court Reporter: | Roger Watford, RPR/CM<br>Official Court Reporter<br>Miami, Florida |