```
                                                                1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                       NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA    )   CASE NO. 00-6022-CR-HURLEY
                                 )   Miami, Florida
 5                               )   October 26, 2000
              vs.                )   4:30 p.m.
 6                               )
                                 )
 7   EDWARD DANY,                )
                                 )
 8           Defendant.          )
     _____)

 9

10

11           TRANSCRIPT OF SENTENCING HEARING
        BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
12              UNITED STATES DISTRICT JUDGE

13

14

     APPEARANCES:
15
     For The Government:         Roger H. Stefin, Esq.
16                               Assistant U.S. Attorney
                                 Fort Lauderdale, Florida
17

18   For Defendant Dany:         Steven Kassner, Esq.
                                 Attorney-At-Law
19                               Coral Gables, Florida

20
     For Defendant Bryan:        James S. Benjamin, Esq.
21                               Attorney-At-Law
                                 Fort Lauderdale, Florida
22

23   Court Reporter:             Roger Watford, RPR/CM
                                 Official Court Reporter
24                               Miami, Florida

25
```

FILED by _____ D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI