| CJA 24 (REV. 10/89) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST 2001769 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAGISTRATE  2 ☑ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. DOCKET NO. | PAID BY MIke 1/16/01 |
| 3. DISTRICT DOCKETING NO. 00-6022-CR-DM 05 | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SDF | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF | U.S.A. vs. Dorrel Bryan | | |
| 7. PERSON REPRESENTED Dorrel Bryan | | 8. LOCATION/ORGANIZATION CODE | DATE PAID 2/16/01 |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Appeal

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

Trial on 5-9-00 — 5-17-00;

FILED by M D.C.
CT. REP.
MAR 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

▶ James S. Benjamin   1-17-01
SIGNATURE OF ATTORNEY    DATE
ATTORNEY'S TELEPHONE NO. 954-779-1700

1 ☐ FPD   2 ☐ CDO   3 ☑ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

▶ [signature]
SIGNATURE OF JUDGE OR MAGISTRATE
▶ 1-25-01
DATE

| 13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS |
|---|---|
| A. Apportion ____ % of transcript with ____ | 14. A. |
| B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B. |
| C. ☑ Prosecution Opening Statement   ☑ Prosecution Argument   ☑ Prosecution Rebuttal<br>☑ Defense Opening Statement   ☑ Defense Argument   ☑ Voir Dire   ☑ Jury Instructions | 14. C. [initials] |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D. |

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

16. FULL NAME OF PAYEE
Roger Whitford

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE
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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
Rm. 617
301 N. Miami Ave.
Miami, FL 33128

19. TELEPHONE NO.
AREA CODE (305) NUMBER 523-5548

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | 1-940; 1-19; 1-49 | 1,006 | $ .25¢ | $ 251.50 | $ | $ 251.50 |
| C. Expenses (Itemize): | filed 2/12/01 | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

▶ [signature]   ▶ 2-12-01
CLAIMANT'S CERTIFICATION   DATE

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

▶ Myrna McKinney   2/13/01
SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE

23. TOTAL CLAIMED
$ 251.50

24. APPROVED FOR PAYMENT
▶ [signature]   ▶ 4/2/01
SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE

25. AMT. APPROVED
$ 251.50