# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

May 14, 2002

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

RE: 00-13377-FF   USA v. Christopher Gilbourne
DC DKT NO.: 00-06022 CR-DMM



MAY 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
   Original Exhibits, consisting of: three psi's
   Original record on appeal or review, consisting of: eight volumes

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (1-2001)

# United States Court of Appeals
For the Eleventh Circuit

No. 00-13377

District Court Docket No.
00-06022-CR-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jan 17, 2002

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

 Plaintiff-Appellee,

versus

CHRISTOPHER GILBOURNE,
DORREL BRYAN,
EDWARD DANY,

 Defendants-Appellants.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeals from the United States District Court
for the Southern District of Florida

J U D G M E N T

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

    Entered: January 17, 2002
    For the Court: Thomas K. Kahn, Clerk
      By: McCombs, Elaine



ISSUED AS MANDATE
MAY 1 4 2002
U.S. COURT OF APPEALS
ATLANTA, GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 17 2002

THOMAS K. KAHN
CLERK

No. 00-13377
Non-Argument Calendar

D.C. Docket No. 00-06022-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER GILBOURNE,
DORREL BRYAN, EDWARD DANY,

Defendants-Appellants.

Appeals from the United States District Court for the
Southern District of Florida

(January 17, 2002)

Before DUBINA, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Dorrel Bryan, Christopher Gilbourne and Edward Dany appeal their convictions for violation of 21 U.S.C. §§ 841(a)(1), 846. Bryan and Dany argue on

appeal that their convictions were not supported by sufficient evidence. Bryan additionally argues that the admission into evidence that he was present during a prior marijuana transaction at his business was an abuse of discretion. Gilbourne argues that the admission into evidence of an altered transcript of a taped meeting constituted an abuse of discretion, and that without the admission of the transcript, there was insufficient evidence to support his conviction.

We have reviewed the record and considered the brief of the parties. We find that the convictions in this case were amply supported by the evidence. In light of the record, we also find that the district court did not abuse its discretion by admitting the evidence at issue here.

**AFFIRMED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia