# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

00-6022cr DMM

```
-----------------------------------
UNITED STATES,                    *
              Respondent          *
                                  *
                                  *   Docket No.: CIV - 61192
      vs                          *                CR - 00 - 6022
                                  *
                                  *
DORREL BRYAN,                     *
              Petitioner.         *
-----------------------------------*
```

## NOTICE OF CHANGE OF ADDRESS

I Dorrel Bryan, hereby notify this Honorable Court that the McRae Correctional Facility, has change there address due to inmate overseas mail. The institution change the mail box address to 1000 Jim Hammock Drive, P.O Box 368, McRae, Georgia 31055. In this respect, I respectfully ask this court to order the Clerk of Court to make the neccessary changes in my file to reflect my new address. Additionally, I will froward a copy of this NOTICE OF CHANGE OF ADDRESS to the United States Attorney's office.

## CONCLUSION

For the foregoing reasons, it is requested that the Court will address this petition, on its merits.

Dated:  McRae, Georgia
        July 23, 2003

                                        Respectfully submitted,

                                        _____
                                        Dorrel Bryant, *pro se*
                                        #60205-004
                                        McRae Correctional Facility
                                        1000 Jim Hammock Drive, P.O. Box 368
                                        McRae, GA  31055

---

## CERTIFICATE OF SERVICE

I Dorrel Bryan, hereby certify that I served a copy of this NOTICE OF CHANGE OF ADDRESS to the United States Attorney's office, by placing said copy in the McRae Institutional mail box, United States Post Office mail.