United States District Court
For the Southern District of Florida

United States,
Respondent

vs.

Dorrel Bryan,
Petitioner

Docket CIV-02-61192 DMM
CR-00-6022 DMM

## Notice of Change of Address

I Dorrel Bryan, hereby notify this Honorable Court that my address has change due to my tranfer. The institution address is F.C.I Yazoo City P.O. Box 5000 Yazoo City, MS 39194. In this respect, I respectfully ask this Court to Order the Clerk of Court to make the necessary changes in my file to reflect my new address. Additionally, I will forward a copy of this Notice of Changes of Address to the United States Attorney's Office.

## Conclusion

For the foregoing reason, it is requested that the Court will address this petition, on its merits.

Dated: 10-23-03

Respectfully Submitted

Dorrel Bryan, pro se
# 60205-004
F.C.I Yazoo City
P.O. Box 5000
Yazoo City, MS 39194