UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6022
CASE NO: 02-61192-CIV-MIDDLEBROOKS/WHITE

05-60128

Dorrel Anthony Bryan,
Authorized Representative/Agent
Secured Party/Creditor
Holder-In-Due-Course
Record Owner, Ex rel

    Plaintiff [,]

[ V.

UNITED STATES OF AMERICA,

    Respondent.]

MAGISTRATE JUDGE
WHITE

REQUEST FOR RECONSIDERATION
" 28 CFR § 14.9 (b)

Dorrel Anthony Bryan,

Sui juris, come before this Court Requesting for a Reconsideration on the (60(b) (4) Motion that is already in your possession. Based on the Supreme Court decisions in the case stated herein. Booker, Fanfan, Blakely and Apprendi issues

*Dorrel Anthony Bryan* ©
Dorrel Anthony Bryan,
Sui juris,
Secured Party/Creditor

CC