MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | SOUTHERN DISTRICT OF FLORIDA (MIAMI) |
|---|---|---|
| Name of Movant: DORREL BRYAN | Prisoner No. 60205-004 | Case No. 00-6022-CR-DM |
| Place of Confinement: FCC Yazoo City, Post Office Box 5000, Yazoo City, MS 39194-5000 | | |

05-60254-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE WHITE

UNITED STATES OF AMERICA     V.     DORREL BRYAN
(name under which convicted)

FEB 17 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   U.S. District Court for the Southern District of Florida (Miami Division) (Judge Donald Middlebrooks).

2. Date of judgment of conviction    October 26, 2000

3. Length of sentence    87 months incarceration, 3 years supervised release

4. Nature of offense involved (all counts)
   Ct. 1: Conspiracy to possess w/intent to distribute a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.
   Ct. 2: Attempt to possess w/intent to ditribute a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

5. What was your plea? (Check one)
   (a) Not guilty       ☒
   (b) Guilty           ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☒
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)



9. If you did appeal, answer the following:

    (a) Name of court      Eleventh Circuit U.S. Court of Appeals

    (b) Result      Affirmed

    (c) Date of result      January 2002

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court      U.S. District Court for the Southern District of Florida

        (2) Nature of proceeding      § 2255 motion

        (3) Grounds raised      Ineffective Assistance of Counsel

                                Due Process violation

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

        (5) Result      Denied

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court      U.S. District Court for the Southern District of Florida

        (2) Name of proceeding      Rule 35(a) motion

        (3) Grounds raised      <u>Blakely</u> claim

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐   No ☒

(5) Result        Denied

(6) Date of result    February 5, 2005

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐   No ☐
    (2) Second petition, etc.      Yes ☐   No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not

    Second petition:  Correct opinion of the court.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Whether under Booker/Fanfan the petitioner's sentence imposed pursuant to U.S. Sentencing Guidelines § 3553(b)(1) violates his Sixth Amendment constitutional right?

Supporting FACTS (state *briefly* without citing cases or law):

Booker/Fanfan having invalidated § 3553(b)(1), the petitioner's sentence having been imposed in accordance with such statute, the petitioner is now entitled immediate resentencing review.

B. Ground two:

Supporting FACTS (state *briefly* without citing cases or law):

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

D.  Ground four:

Supporting FACTS (state *briefly* without citing cases or law):



13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    The U.S. Supreme Court did not issue its <u>Booker/Fanfan</u> decision until January 12, 2005. Thereby this is the petitioner's first opportunity to raise this claim. See 28 U.S.C. § 2255(3).

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing        Paul McKenna
                                      266 Tigertail Avenue, Suite 104
                                      Coconut Grove, Florida  33133

    (b) At arraignment and plea       same

    (c) At trial                      same

    (d) At sentencing                 James S. Benjamin
                                      One Financial Plaza, Suite 1615,
                                      Fort Lauderdale, Fl  33394

(e) On appeal       same

(f) In any post-conviction proceeding       N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding
   N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future:

   (b) Give date and length of the above sentence:

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
       Yes ☐   No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____N/A_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__2/13/05__
   Date

_Dossel Anthony Bryan_
   Signature of Movant

(7)