IN THE CIRCUIT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

00-6022-CR-DMM

DORREL BRYAN
    Petitioner

vs.

UNITED STATES OF AMERICA
    Respondent

I Dorrel Bryan is putting the court on notice of my change of address for the federal Correctional Complex. Law is stated below. I was put in Broward County Main Jail to take care of a Violation of Probation (VOP).

Thank you I await your prompt reply.

    Dorrel Bryan 50511/48
    P.O. Box 9356
    Ft. Lauderdale, Fl 33310

    Dorrel Bryan
    FCC/
    P.O. Box 1031
    Coleman, Florida 33521-1031

CC: