UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

DORREL BRYAN,
    Plaintiff,

V.                                       Case. No: 00-06022 CR DMM

UNITED STATES OF AMERCIA
        Respondent.

Dear Clerk,

I Dorrel Bryan, is puting this Court on notice that I am currently at the Address stated below.
    Please send all motion to this address as stated in this letter.

*Dorrel Bryan*
Dorrel Bryan, #60205-004
Federal Correctional Complex
P.O. Box 1031
Coleman, FL 33521-1031
March 5, 2006.